```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VIOLENE PERCY,

                Plaintiff(s),

      -against-

BASIL TOWNSEND,

                Defendant(s).
------------------------------------------------------------------X

7:16-cv-05304-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    The parties are directed to submit a joint letter providing a status update on this case and listing mutually agreed trial dates by June 30, 2023.

    **SO ORDERED.**

DATED:    White Plains, New York
                June 23, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge

1