UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

VIOLENE PERCY,

                       Plaintiffs,

           -against-

BASIL TOWNSEND.

                    Defendant.

----------------------------------------------------------------X

16-CV-5304 (VR)

**ORDER RE STATUS CONFERENCE**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** _  7/13/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

    A status conference (via telephone) is hereby scheduled for July 18, 2023 at  11:00 am to discuss trial scheduling and related pretrial exchanges.  The parties are to call in to 1-877-336-1839 and enter access code 5999739# to enter the conference.

    In advance of the conference, the parties are to review Section 6 of Judge Reznik's Individual Practices. In addition, the parties must meet and confer regarding the attached Joint Pretrial Scheduling Order and be prepared to discuss proposed deadlines at the conference.

        **SO ORDERED.**

DATED:      White Plains, New York
              July 13, 2023

                                  _____
                                   VICTORIA REZNIK
                                   United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:__  7/13/2023
```

VIOLENE PERCY,

                     Plaintiffs,

        -against-

BASIL TOWNSEND.

                Defendant.

--------------------------------------------------------------

16-CV-5304 (VR)

**JOINT PRETRIAL
SCHEDULING ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    This Joint Pretrial Scheduling Order is adopted after consultation with counsel and any unrepresented parties.

1. **Trial Date.** A jury trial is scheduled to commence on _____.
   The expected length of trial is _____.
   Jury selection will begin on the morning of the trial date.

2. **Joint Pretrial Order (PTO).**
   A proposed Joint Pretrial Order, consistent with Rule 6(B) of Judge Reznik's Individual Practices, must be submitted by _____.
   (at least 30 days before the first day of trial).

3. **Pretrial Exchange Deadlines**.
   Before submission of the Joint PTO, the parties must exchange witness lists, deposition designations (if any), and exhibit lists, along with corresponding objections. The parties are expected to meet-and-confer regarding objections before submitting their respective lists and designations as part of the final Joint PTO.

   The following interim deadlines shall apply to the parties' pretrial exchanges before submission of the Joint PTO:

   a. Witness lists exchanged by: _____.
      Objections exchanged by: _____.

   b. Deposition designations exchanged by: _____.
      Objections and counter-designations exchanged by: _____.

   c. Plaintiff's Exhibit List exchanged by: _____.
      Defendant's Objections exchanged by: _____.

d. Defendant's Exhibit List exchanged by: _____.
   Plaintiff's Objections exchanged by:  _____.

e. Demonstratives exchanged by _____.
   Objections exchanged by _____.

f. **(If Jury Trial)**
   Plaintiff's proposed requests to charge, *voir dire* questions, and proposed verdict form exchanged by: _____.
   Defendant's responses and objections exchanged by _____.

g. The interim deadlines in paragraphs 3(a) through 3(f) may be extended by consent of the parties without application to the Court, provided that the parties leave sufficient time to meet-and-confer about objections before submission of the Joint PTO.

4. **Motions *in Limine*.**
   Any motions *in limine* addressing evidentiary or other issues must be submitted by _____. (no later than deadline for Joint PTO)
   Responses to any motions *in limine* must be filed by _____.
   (14 days after opening motions)

5. [*Optional*] **Pretrial Memoranda of Law.**
   The parties are to file pretrial memoranda of law by _____. (no later than deadline for Joint PTO)

6. **Courtesy copies.**
   By _____ (no later than *three business days* before trial) the parties shall deliver to the Court in a tabbed binder or binders (with a copy to opposing counsel): (a) a copy of each of the party's pre-marked trial exhibits, and (b) a copy of any deposition testimony that has been designated (or cross-designated) and will be offered at trial. Deposition testimony should be clearly marked to identify designations and cross-designations. (Exhibits and deposition testimony need not be filed electronically on ECF, unless otherwise directed by the Court.)

7. The next pretrial Status Conference (by phone) is scheduled for _____.

8. The final Pretrial Conference (in-person) is scheduled for _____.
   (at least two weeks before trial)

   **SO ORDERED.**

DATED:      White Plains, New York
            July 13, 2023

                                    _____
                                    VICTORIA REZNIK
                                    United States Magistrate Judge