**MEMO ENDORSED**

*Law Offices of*
**BARRY D. HABERMAN**
254 South Main Street, Suite 404
New City, New York 10956
845-638-4294
Fax 845-638-6080
Email – bdhlaw@aol.com

October 27, 2023

Hon. Victoria Reznik
United States District Judge                 **Via ECF**
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Our File No.: BH 15-115

            Re:     **Violene Percy v. The State of New York (Hudson Valley DDSO), et al.**
                       **Civil Action No.: 7:16-cv-05304(VR)**

Dear Judge Reznik:

This office represents the interests of the Plaintiff in the above referenced action. This correspondence is provided to the Court with the knowledge and consent of Counsel for the Defendant.

Respective Counsel are in receipt of the Court's Order to submit a Joint Pre-Trial Order by noon today. Respective Counsel have been in contact and continue to work cooperatively to draft same. However, the parties request permission to file the submission over the weekend (but before the Pretrial Conference scheduled for Monday, October 30, 2023 (at 10:30 a.m.) The Court is further advised that I am out of the office most of the day today as I will be attending the funeral of a family friend of almost 60 years.

There have been no pre-trial motions and none are reasonably expected. Respective Counsel believe that any open issues (pre-trial) can be addressed at the Pre-Trial Conference. Respective Counsel anticipate working together today and over the weekend to fulfill our responsibilities for the Joint Pre-Trial Order.

Granting this request would be greatly appreciated.

Respectfully yours,

Barry D. Haberman
Barry D. Haberman, Esq.

---

The parties' request is granted. The Proposed Joint Pretrial Order may be submitted this weekend. Also, the in person pretrial conference scheduled for Monday 10/30/2023 will now occur at **3:00 pm** in Courtroom 420 of 300 Quarropas Street, White Plains, NY.

Dated: 10/27/23     SO ORDERED.

*[signature]*
Hon. Victoria Reznik, U.S.M.J.

BDH:hd

cc: Patrick S. Tittle, Esq. **via ECF**
     1207 Route 9, Suite 6D
     Wappingers Falls, NY 12590