**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Percy,

                                Plaintiff(s),

            -against-

State of New York, et al.,

                                Defendant(s).
------------------------------------------------------------------X

7:16-cv-05304-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      At the October 30, 2023, status conference, the Court set the next pretrial conference for December 1, 2023 at 10:30 am in person at The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

      **SO ORDERED.**

DATED:    White Plains, New York
               10/30/23

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2023