*Law Offices of*
**BARRY D. HABERMAN**
**254 South Main Street, Suite 404**
**New City, New York 10956**
**845-638-4294**
**Fax 845-638-6080**
**Email – bdhlaw@aol.com**

December 6, 2023

Hon. Victoria Reznik                                    **Via ECF**
United States District Judge
United States District Court                    # MEMO ENDORSED
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Our File No.:  BH 15-115

           Re:     <u>**Violene Percy v. Basil Townsend**</u>
                **Civil Action No.: 7:16-cv-05304(VR)**

Dear Judge Reznik:

This office represents the interests of the Plaintiff in the above referenced action.  The within correspondence is provided to the Court with the knowledge and consent of Counsel for the Defendant.

The Court is advised that on this date I was contacted by the Plaintiff, Ms. Percy, who informed the undersigned that she is suffering from pneumonia and that she would be unable to attend the trial on Tuesday, December 12, 2023.  We respectfully request that the Trial be adjourned to the earliest possible date in January 2024.

Please contact the parties as the Court deems necessary.

Respectfully yours,

<u>Barry D. Haberman</u>
Barry D. Haberman, Esq.

BDH:bs

cc:    Patrick S. Tittle, Esq.

The parties' request is **GRANTED**.

The court will hold a telephonic status conference on Tuesday, 12/12/23 at 11:00 am. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and press # to enter the conference.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.  Dated: 12/6/23