*Law Offices of*
**BARRY D. HABERMAN**
254 South Main Street, Suite 404
New City, New York 10956
845-638-4294
Fax 845-638-6080
Email – bdhlaw@aol.com

January 11, 2024

Hon. Victoria Reznik
United States District Judge      Via ECF
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Our File No.:  BH 15-115

    Re:    <u>Violene Percy v. Basil Townsend</u>
              Civil Action No.: 7:16-cv-05304(VR)

Dear Judge Reznik:

This office represents the interests of the Plaintiff in the above referenced action. The within correspondence is provided to the Court with the knowledge and consent of Counsel for the Defendant.

This matter is scheduled on the Court's Calendar on Tuesday, January 16, 2024 at 11:00 a.m. The Court is advised that the undersigned is scheduled to appear in Supreme Court, Rockland County in an action entitled <u>Tata v. Tata</u>, Index No. 031801/2023 at 10:00 a.m. on said date.

This correspondence is a request to schedule the above referenced matter on January 16, 2024 at 3:00 p.m.

Please contact the parties as the Court deems necessary.

Respectfully yours,

<u>Barry D. Haberman</u>
Barry D. Haberman, Esq.

BDH:bs

cc:    Patrick S. Tittle, Esq.

---

**The parties' request is GRANTED.**

The pretrial conference will occur on 1/16/24 at 3:00 pm. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and press # to enter the conference.

SO ORDERED.

*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.   Dated: 1/12/24

via ECF