UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VIOLENE PERCY,

                      Plaintiff,                    16 **CIVIL** 5304

      -against-                          **JUDGMENT**

BASIL TOWNSEND,

                      Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Victoria Reznik, United States Magistrate Judge, Plaintiff Violene Percy has judgment for compensatory damages in the lump sum of $125,000 as against the defendant Basil Townsend.

**DATED:**  New York, New York
             January 29, 2024

                                                      **RUBY J. KRAJICK**

                                                            **Clerk of Court**

**So Ordered:**

                                            **BY:**   K. Mango

   **U.S.D.J.**                                                    **Deputy Clerk**